# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

United States of America
v.
BRIAN CHARLES,

*Defendants*

Case No. 1:26-MJ-03692-Torres

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* BRIAN CHARLES,
who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment ❒ Superseding Indictment ❒ Information ❒ Superseding Information ☑ Complaint
❒ Probation Violation Petition ❒ Supervised Release Violation Petition ❒ Violation Notice ❒ Order of the Court

This offense is briefly described as follows:

Mailing Threatening Communications in violation of 18 U.S.C. 876(c)

Date: September 10, 2026

*Issuing officer's signature*

City and state: Miami, Florida

Angela E. Noble, Clerk of Court / Court Administrator
*Printed name and title*

**Return**

This warrant was received on *(date)* ____________, and the person was arrested on *(date)* ____________
at *(city and state)* ____________________ .

Date: ____________

*Arresting officer's signature*

*Printed name and title*